UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: | 2:11CR00333 |
| Siamond Wilson<br>USMS# 46285-048     DEFENDANT | REPORT COMMENCING CRIMINAL ACTION | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

21MJ03552

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/2/2021 1000    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18USC3583 - Supervised Release Violation

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____     Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): N/A

11. Name: Tim Hofer                    (please print)

12. Office Phone Number: 213-620-7676         13. Agency: USMS

14. Signature: [signed]                        15. Date: 8/2/21

CR-64 (05/18)                 REPORT COMMENCING CRIMINAL ACTION